

# IN THE
# TENTH COURT OF APPEALS

No. 10-22-00155-CR
No. 10-22-00158-CR

**ADNAN GUS SHAMI,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 85th District Court**
**Brazos County, Texas**
**Trial Court Nos. 19-04682-CRF-85 and**
**No. 20-00063-CRM-85**

## MEMORANDUM OPINION

Adnan Gus Shami was convicted of Possession with Intent to Deliver a Controlled Substance over 400 grams and Unlawfully Carrying a Weapon. We affirm the trial court's judgments.

Shami's appointed counsel filed a motion to withdraw and an *Anders* brief in support of the motion in each appeal asserting that he diligently reviewed the appellate record and that, in his opinion, the appeals are frivolous. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Counsel's briefs evidence a professional

evaluation of the record for error and compliance with the other duties of appointed counsel. We conclude that counsel has performed the duties required of appointed counsel. *See Anders*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978); *see also Kelly v. State*, 436 S.W.3d 313, 319-320 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008).

In reviewing an *Anders* appeal, we must, "after a full examination of all the proceedings, ... decide whether the case is wholly frivolous." *Anders*, 386 U.S. at 744; *see Penson v. Ohio*, 488 U.S. 75, 80, 109 S. Ct. 346, 102 L. Ed. 2d 300 (1988); *accord Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n. 10, 108 S. Ct. 1895, 100 L. Ed. 2d 440 (1988). After a review of the entire record in these appeals, we have determined the appeals to be wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Accordingly, we affirm the trial court's judgments.

Counsel's motions to withdraw from representation of Shami are granted.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Affirmed; motions granted
Opinion delivered and filed April 5, 2023
Do not publish
[CR25]

